DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Collins v. UNIFI, Inc.<br><br>Case below:<br>179 N.C. App. ——<br>(5 September 2006) | No. 539P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-1673) | Denied 11/16/06 |
| Davis v. Harrah's Cherokee Casino<br><br>Case below:<br>178 N.C. App. 605 | No. 456A06 | 1. Defs' NOA (Dissent) (COA05-1153)<br><br>2. Defs' Motion for Temporary Stay<br><br>3. Defs' Petition for Writ of Supersedeas<br><br>4. Defs' PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 08/30/06<br><br>3. Allowed 10/05/06<br><br>4. Allowed 10/05/06 |
| Davis v. Macon Cty. Bd. of Educ.<br><br>Case below:<br>179 N.C. App. ——<br>(1 August 2006) | No. 476P06 | Plt's PDR Under N.C.G.S. § 7A-31 (COA05-1337) | Denied 11/16/06 |
| Diggs v. Novant Health, Inc.<br><br>Case below:<br>177 N.C. App. 290 | No. 299P06 | Def's (Forsyth Memorial Hosp.) Motion for Temporary Stay (COA04-1415) | Allowed 10/30/06 |
| Estate of Quesenberry v. Big Creek Underground<br><br>Case below:<br>178 N.C. App. 389 | No. 405P06 | Defs' PDR Under N.C.G.S. § 7A-31 (COA05-1356) | Denied 11/16/06 |
| Gannett Pac. Corp. v. City of Asheville<br><br>Case below:<br>179 N.C. App. ——<br>(1 August 2006) | No. 415P06 | Plt's (Gannett Pacific Corp.) PDR Under N.C.G.S. § 7A-31 (COA05-1304) | Denied 11/16/06 |
| Gant v. State<br><br>Case below:<br>179 N.C. App. ——<br>(15 August 2006) | No. 458P06 | Plt's Motion for "Petition for Plain Error Review N.C.G.S. § 7A-28(B)(1)(2)(3)(4)" (COA05-1573) | Denied 10/05/06 |